# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|  |  |  |
|---|---|---|
| Todd Finklea | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    4:18-cv-2263-MGL |
| Pickens County Detention Center | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge.

Date:   September 10, 2018                                   *CLERK OF COURT*

                                                              s/Debbie Stokes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*